COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| HECTOR DOMINGUEZ, | § | |
| | | No. 08-17-00118-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 210th District Court |
| MARVIN DOMINGUEZ, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2014-DCV0981) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that portion of the judgment awarding damages to Appellee on his tortious interference with a contract claim. We therefore reverse that portion of the judgment and render a take-nothing judgment on that claim.

We further order that the portion of the judgment denying Appellant's trespass to try title claim is affirmed, in accordance with the opinion of this Court.

We further order that Appellant, and his sureties, if any, and Appellee each pay one-half (1/2) the costs of this appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.